IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MAURICE A. MAY-DILLARD,**

       **Plaintiff,**

vs.                                                                                  Case No.: 2:14-cv-1327
                                                                                                    JUDGE SMITH
                                                                                                   Magistrate Judge Deavers

**OHIO DEPARTMENT OF
REHABILITATION AND
CORRECTIONS,**

       **Defendant.**

<u>**ORDER**</u>

       On August 22, 2014, the United States Magistrate Judge issued an *Order and Report and Recommendation* recommending that Plaintiff's motion to proceed *in forma pauperis* be granted, but that Plaintiff's Complaint be dismissed for failure to state a claim for which this Court can grant relief.  (*See* Doc. 3).  The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.  The Court acknowledges that Plaintiff has filed a response to the *Order and Report and Recommendation*.  To the extent this could be construed as an Objection, it presents the same issues previously considered by the Magistrate Judge.  Plaintiff has failed to state a claim for which this Court can grant relief.

       For the reasons stated in the *Order and Report and Recommendation*, this Court finds that Plaintiff's objections are without merit and are hereby **OVERRULED**.

       The *Order and Report and Recommendation,* Document 3, is **ADOPTED** and

**AFFIRMED.** Plaintiffs' Complaint is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1914A.

The Clerk shall remove Document 3 from the Court's pending motions list.  The Clerk shall terminate this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**